IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TYESHA N. ISOM, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-CV-00948-SDJ-AGD |
| DEPARTMENT OF HOMELAND SECURITY, et al., | § § § § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 13, 2025, the Report of the Magistrate Judge, (Dkt. #14), was entered containing proposed findings of fact and recommendation that Plaintiff's Motion to Reopen Case (Dkt. #12) be denied; that the District Court's adoption of the Report and Recommendation (Dkt. #7) and the District Court's Final Judgment (Dkt. #8) stand; and that Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. #13) be denied as moot. The Report finally recommended that any other request for relief not addressed by the Report be denied as moot.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and

conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motion to Reopen Case (Dkt. #12) is **DENIED**; that the Court's adoption of the Report and Recommendation (Dkt. #7) and the Court's Final Judgment (Dkt. #8) **STAND**; and that Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. #13) is **DENIED as moot**.

Any other request for relief not addressed by the Report is **DENIED as moot**.

**So ORDERED and SIGNED this 30th day of April, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE